MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00072-SAB |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS ALL COUNTS AGAINST HERMAN VIERA JR; ORDER |
| v. | |
| HERMAN VIERA JR, | |
| Defendant. | |

　　The United States of America, by and through its counsel, hereby moves for dismissal without prejudice of all counts and allegations against HERMAN VIERA JR. in 1:25-mj-00072-SAB.

Dated: June 30, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Robert L. Veneman-Hughes*
　　ROBERT L. VENEMAN-HUGHES
　　Assistant United States Attorney

MOTION TO DISMISS AND PROPOSED ORDER

**[PROPOSED] O R D E R**

All counts and allegations as to HERMAN VIERA, JR. are dismissed without prejudice.

IT IS SO ORDERED.

Dated: __July 1, 2025__

_____
UNITED STATES DISTRICT JUDGE