MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>HERMAN VIERA JR,<br><br>          Defendant. | CASE NO. 1:25-MJ-00072-SAB<br><br>ORDER TO RELEASE DEFENDANT |

In light of the Court's dismissal of all counts and allegations against Herman Viera, Jr. only (ECF No. 202), he is ordered RELEASED from U.S. Marshals Custody.

IT IS SO ORDERED.

Dated: **July 1, 2025**                    /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

RELEASE ORDER