CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone: (559) 779-2315
Facsimile: (559) 442-1567

Attorney for Defendant
Herman Vierra Jr.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| UNITED STATES OF AMERICA, | Court Case#: 1:25-MJ-072-SAB |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| Herman Vierra Jr. | |
| Defendant. | |

On June 23, 2025, Defendant Vierra Jr. was indicted on federal charges. CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Mr. Vierra Jr. on June 27, 2025 in his criminal case. Mr. Vierra Jr. was dismissed from the case on July 1, 2025. The trial phase of Mr. Vierra Jr.'s criminal case has, therefore, come to an end. Having completed his representation of Mr. Vierra Jr., CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Vierra Jr. require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 3, 2025   /s/ Yan E. Shrayberman
CROWN LAW FIRM

YAN E. SHRAYBERMAN
Attorney for Defendant
Herman Vierra Jr.

## ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter. Mr. Sharyberman shall serve a copy of this order on Mr. Viera.

IT IS SO ORDERED.

Dated: **July 3, 2025**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE